NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLIED MACHINE & ENGINEERING CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**COMPETITIVE CARBIDE, INC.,**
*Defendant-Appellee.*

---

2012-1119

---

Appeal from the United States District Court for the Northern District of Ohio in No. 10-CV-0773, Judge Christopher A. Boyko.

---

**JUDGMENT**

---

R. ERIC GAUM, Hahn Loeser & Parks LLP, of Cleveland, Ohio, argued for plaintiff-appellant.  With him on the brief were SCOTT M. OLDHAM and WILLIAM S. NABORS.

ROBERT W. MCINTYRE, McIntrye, Kahn & Kruse Co., L.P.A., of Cleveland, Ohio, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 9, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |